IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 17, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15995
Non-Argument Calendar
_____

D.C. Docket No. 04-00110-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHELLE TINSLEY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(April 17, 2006)**

Before ANDERSON, BIRCH and BARKETT, Circuit Judges

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Michelle Tinsley in this

appeal from a revocation of probation, has moved to withdraw from further

representation of the appellant and filed a brief pursuant to Anders v. California,

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Tinsley's probation and resulting sentence are **AFFIRMED**.